# United States Bankruptcy Court
## Southern District of Florida

In re: 7 AT BLUE LAGOON (1), LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   7 AT BLUE LAGOON (1), LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

September 25, 2025
Date

/s/ Joel Aresty
Joel Aresty 197483
Signature of Attorney or Litigant
Counsel for   7 AT BLUE LAGOON (1), LLC
Joel M. Aresty PA
309 1st Ave. S.
Tierra Verde, FL 33715
(305) 904-1903  Fax:(800) 559-1870
aresty@icloud.com