**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

7 AT BLUE LAGOON (1), LLC,

7 AT BLUE LAGOON (2), LLC,

Debtors.
_______________________________________/

Case No. 25-21286-RAM

Chapter 11

(Jointly Administered with
Case No. 25-21287-RAM)

**DEBTORS' NOTICE OF ADOPTION OF AND JOINDER IN THE OBJECTIONS TO RBL'S CREDIT BID PLUS CASH BACK-UP BID**

7 at Blue Lagoon (1), LLC and 7 at Blue Lagoon (2), LLC (together, the "Debtors"), by undersigned counsel, give notice that they adopt as their own, and join in, the pending objections to the credit bid plus cash back-up bid of RIC (Blue Lagoon) LLC ("RBL"), and state:

1. On August 17, 2026, Michael J. Schlesinger and the Law Firm of Michael J. Schlesinger, P.A. (together, "Schlesinger") filed a written objection (DE 301) to RBL's back-up bid of $23,425,000 in credit plus $500,000 in cash (the "Back-Up Bid"). On August 19, 2026, Kobi Karp Architecture & Interior Design, Inc. ("Karp") filed a joinder in the Schlesinger objection (DE 305). RBL acknowledges both filings. (DE 406 ¶ 25.)

2. The Debtors objected to the Back-Up Bid on the record at the August 17, 2026 auction, immediately after RBL announced it (DE 304, Tr. 12-15), and reported that objection to the Court the same day in their Notice of Auction Results (DE 300). RBL acknowledges both facts as well. (DE 406 ¶¶ 24, 26.)

3. Paragraph 7 of the Agreed Order on Bid and Sale Procedures (DE 283) (the "Sale Procedures Order") provides that "[a]ll parties in interest reserve all rights to object to any bids, including any Credit Bid Plus Cash Bid, on any basis and seek any other relief." (DE 283 ¶ 7, quoted at DE 406 at 8.) The Order Approving Sale (DE 310) reserved the objections to the Back-Up Bid for determination in the event the sale to Jorge Ramos failed to close. (DE 310 ¶¶

U, 20.) Mr. Ramos did not close. The Court's Scheduling Order of October 5, 2026 (DE 396) then set the schedule under which RBL filed its motion for summary judgment on the objections to the Back-Up Bid on October 23, 2026 (DE 406), the Debtors' response is due November 16, 2026 (DE 396 ¶ 2), and the matter is set for hearing on December 7, 2026 at 11:00 a.m. (DE 396 ¶ 4; DE 407).

4. RBL states that it has entered into a confidential settlement with Schlesinger, Karp and Weissman & Dervishi, P.A., that under the settlement those parties "are required to support the approval of RBL's Back-Up Bid," and that "[t]hey will be withdrawing their objections." (DE 406 at 25-26.)

5. The Debtors, as the owners and sellers of the Property, as parties to the Sale Procedures Order, and as the parties that objected to the Back-Up Bid on the record at the auction, have a direct interest in the determination of whether the Back-Up Bid is a valid and qualified back-up bid under the Sale Procedures Order and whether cause exists under 11 U.S.C. § 363(k) to deny or limit it. A settlement between RBL and other objecting parties does not resolve the Debtors' objection, and the withdrawal of an objection by one party in interest does not withdraw the same objection once it has been adopted by another. Whether the Back-Up Bid should be approved under the Sale Procedures Order, the Order Approving Sale and section 363 of the Bankruptcy Code is a question the Court must decide regardless of which party in interest presses it.

6. Accordingly, so that the objections remain pending and are determined on their merits notwithstanding any withdrawal by Schlesinger or Karp, the Debtors adopt as their own, join in, and incorporate by reference each ground stated in the Schlesinger objection (DE 301) and in the Karp joinder (DE 305), together with the Debtors' own objection stated at the auction (DE 304, Tr. 12-15) and in the Notice of Auction Results (DE 300). This joinder is permitted by Local Rule 9004-1(d).

7. This notice is filed in advance of, and without limiting, the Debtors' response to RBL's motion for summary judgment, which the Debtors will file on or before November 16, 2026 in accordance with the Scheduling Order (DE 396 ¶ 2) and which will set forth the Debtors' grounds in full, including the grounds on which cause exists under 11 U.S.C. § 363(k). The Debtors reserve all rights, objections, claims and defenses with respect to the Back-Up Bid, the Sale Procedures Order and the Order Approving Sale, and nothing in this notice waives or narrows any of them.

WHEREFORE, the Debtors give notice of their adoption of and joinder in the objections to RBL's Back-Up Bid (DE 301 and DE 305) and respectfully request that the Court determine those objections, as adopted by the Debtors, on their merits at the hearing scheduled for December 7, 2026 at 11:00 a.m. (DE 407), together with RBL's motion for summary judgment (DE 406), and grant such other and further relief as is just and proper.

Dated: October 24, 2026

Respectfully submitted,

/s/ Joel M. Aresty
Joel M. Aresty, Esq.
Florida Bar No. 197483
Board Certified in Business Bankruptcy Law
309 1st Avenue South
Tierra Verde, Florida 33715
Telephone: (305) 904-1903
E-mail: aresty@mac.com
Counsel for the Debtors

and

7 AT BLUE LAGOON (1), LLC and
7 AT BLUE LAGOON (2), LLC

By: /s/ Adeena Weiss-Ortiz
Adeena Weiss-Ortiz, Esq.
Florida Bar No. 100079
WEISS ORTIZ, P.C.
Corporate Representative of the Debtors
1011 East 31st Street
La Grange Park, Illinois 60526
Telephone: (773) 498-4498
E-mail: info@weissortizlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 24, 2026, a true and correct copy of the foregoing Notice of Adoption of and Joinder was filed with the Clerk of the Court using CM/ECF, which served the document by Notice of Electronic Filing on the following registered users at the e-mail addresses listed:

Vincent F. Alexander, Esq., on behalf of Creditor RIC (Blue Lagoon) LLC: valexander@shutts.com; JGoodwin@shutts.com

Peter H. Levitt, Esq., on behalf of Creditor RIC (Blue Lagoon) LLC: plevitt@shutts.com; miurelmartinez@shutts.com

Brett M. Amron, Esq., on behalf of Creditors Michael J. Schlesinger and Law Firm of Michael J. Schlesinger, P.A. d/b/a The Schlesinger Law Group: bamron@bastamron.com; mdesvergunat@bastamron.com; jmiranda@bastamron.com; sroque@bastamron.com

Sundeep K. Mullick, Esq., on behalf of Creditor Kobi Karp Architecture & Interior Design, Inc.: smullick@barthet.com; mmasi@barthet.com; chosein@barthet.com

Brian S. Dervishi, Esq. and Peter A. Tappert, Esq., on behalf of Creditor Weissman & Dervishi, P.A.: bdervishi@wdpalaw.com; ptappert@wdpalaw.com; service@wdpalaw.com

Patricia M. Arias, Esq., on behalf of Creditor City of Miami: parias@miamigov.com; esq874@aol.com

Michael P. Dunn, Esq., on behalf of Realtor Jason Welt: michael.dunn@dunnlawpa.com; rbasnueva@dunnlawpa.com; tudani@dunnlawpa.com; lrodriguez@dunnlawpa.com; mflores@dunnlawpa.com; courtnotices@dunnlawpa.com

Kathleen S. McLeroy, Esq. and Christopher W. Smart, Esq., on behalf of Interested Party BI 27, LLC: kmcleroy@carltonfields.com; nkapadia@carltonfields.com; tpaecf@cfdom.net; csmart@carltonfields.com

Alexis S. Read, Esq., on behalf of Interested Party Benworth Capital Partners PR LLC: asr@alexisreadlaw.com; asr@readlawpllc.com

Office of the United States Trustee: USTPRegion21.MM.ECF@usdoj.gov

Steven D. Schneiderman, Esq., on behalf of the United States Trustee: Steven.D.Schneiderman@usdoj.gov

Joel M. Aresty, Esq., on behalf of the Debtors: aresty@mac.com

Adeena J. Weiss Ortiz, Esq.: info@weissortizlaw.com

and that on the same date a true and correct copy was served by first-class United States Mail, postage prepaid, on the following non-CM/ECF parties at the addresses listed:

Martin G. McCarthy, Esq., 430 S. Dixie Highway, Suite 211, Coral Gables, FL 33146

Miami-Dade Office of the Tax Collector (Rogers), 200 NW 2nd Avenue, Miami, FL 33128

Lorenz Michel Pruss, Esq., Dimond Kaplan & Rothstein, P.A., 2665 S. Bayshore Dr., Penthouse 2B, Miami, FL 33133

/s/ Joel M. Aresty
Joel M. Aresty, Esq.
Florida Bar No. 197483