**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:<br><br>7 AT BLUE LAGOON (1), LLC, and<br>7 AT BLUE LAGOON (2), LLC,<br><br>Debtors. | Case No. 25-21286-RAM<br><br>Jointly Administered with<br>Case No. 25-21287-RAM<br><br>Chapter 11 |

**ORDER SETTING HEARING ON SHORTENED NOTICE ON DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES, REDUCING NOTICE PERIOD, AND FIXING OBJECTION DEADLINE**

THIS MATTER came before the Court upon the Debtors' Motion to Dismiss Chapter 11 Cases Without Prejudice, With Request for Hearing on Shortened Notice Within the Period Prescribed by 11 U.S.C. § 1112(b)(3), and Incorporated Declaration (ECF No. ________________ (docket number of the Motion)) (the "Motion"), filed on October 29, 2026 by the debtors and debtors in possession, 7 at Blue Lagoon (1), LLC and 7 at Blue Lagoon (2), LLC (the "Debtors"). The Court, having reviewed the Motion and the record, finds that 11 U.S.C. § 1112(b)(3) requires the hearing on the Motion to commence within thirty days after its

filing, and that cause exists under Fed. R. Bankr. P. 9006(c)(1), for the reasons stated in the Motion, to reduce the notice period of Fed. R. Bankr. P. 2002(a)(4) so that the hearing may be held on the date fixed below. Accordingly, it is

ORDERED as follows:

1. The Court will conduct a hearing on the Motion on _________________ (date), 2026 at _________ (time) (Eastern time), before the Honorable Robert A. Mark, United States Bankruptcy Judge, by video conference. Parties shall register for the hearing in accordance with the Court's procedures for hearings by video conference, using the registration address _________________ (Zoom registration address).

2. The notice period of Fed. R. Bankr. P. 2002(a)(4) is reduced, and notice of the hearing given in accordance with paragraph 3 of this Order is sufficient.

3. Within one business day after entry of this Order, the Debtors shall serve a copy of the Motion, this Order and a notice of hearing (a) by first-class mail on all creditors and parties in interest on the Court's mailing matrix and (b) by e-mail on all counsel of record and all parties with reasonably ascertainable e-mail addresses, and shall file a certificate of service in accordance with Local Rule 9036-2.

4. Any objection or response to the Motion shall be filed and served no later than _________________ (date and time), 2026, in accordance with Local Rule 9014-2(c).

5. If no objection or response is timely filed, the Court may grant the Motion at the hearing without further evidence.

###

Submitted by:
Adeena Weiss Ortiz, Esq.
Florida Bar No. 100079
WEISS ORTIZ, P.C.
1011 East 31st Street, La Grange Park, Illinois 60526
Telephone: (773) 498-4498
E-mail: info@weissortizlaw.com

Adeena Weiss Ortiz, Esq. must serve a copy of this order on all parties entitled to notice thereof and file a certificate of service as required by Local Rule 9036-2.